## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| DOUGLAS J. HAINES, | ) | CASE NO. 1:24-CV-02134 |
| | ) | |
| Petitioner, | ) | JUDGE CHARLES ESQUE FLEMING |
| | ) | |
| vs. | ) | MAGISTRATE JUDGE |
| | ) | JAMES E. GRIMES JR. |
| WARDEN SHELBIE SMITH, | ) | |
| | ) | **OPINION AND ORDER ADOPTING** |
| Respondent. | ) | **MAGISTRATE'S REPORT AND** |
| | ) | **RECOMMENDATION** |

On December 5, 2024, Petitioner Douglas J. Haines ("Petitioner") filed a Petition for Writ of Habeas Corpus ("Petition"), pursuant to 28 U.S.C. § 2254. (ECF No. 1). On October 29, 2025, Magistrate Judge James E. Grimes filed a Report and Recommendation ("R&R") recommending that the Court deny and dismiss the Petition. (ECF No. 11).

Fed. R. Civ. P. 72(b)(2) provides that a party may object to a Magistrate Judge's R&R within 14 days after service. The R&R also gave Petitioner notice of the 14-day time limit for filing objections. (*Id.* at PageID #480). On October 29, 2025, a copy of the R&R was mailed to Petitioner at the Belmont Correctional Institution. (*Id.*). On December 1, 2025, Petitioner requested an extension of time to file objections to the R&R. (ECF No. 12). On December 3, 2025, the Court ordered Petitioner to file any objections by January 2, 2026. (Order [non-document] dated 12/3/2025). Petitioner has not filed any objections to date.

Under the Federal Magistrates Act, a district court must conduct a *de novo* review of those portions of the R&R to which the parties have objected. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Absent objection, a district court may adopt an R&R without further review. *See Peretz v. United States*, 501 U.S. 923, 939 (1991); *Thomas v. Arn*, 474 U.S. 140, 141–142 (1985).

1

Accordingly, the Court **ADOPTS** Magistrate Judge Grimes' R&R, incorporates it fully herein by reference, and **DENIES** and **DISMISSES** the Petition. The Court also **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision cannot be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. Fed. R. App. P. 22(b); 28 U.S.C. § 2253(c).

    **IT IS SO ORDERED.**

Date: January 6, 2026

_____
**CHARLES ESQUE FLEMING**
**UNITED STATES DISTRICT JUDGE**